IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-32-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| JESSICA VIOLET LUNDY, | |
| Defendant. | |

IT IS ORDERED that the Clerk is directed to unseal Docs. 16 and 17.

DATED this 3rd day of September, 2024.

_____
Donald W. Molloy, District Judge
United States District Court