IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSICA VIOLET LUNDY,<br><br>Defendant. | CR 24-32-M-DWM<br><br><br><br>ORDER |

On November 29, 2024, the United States filed an Unopposed Motion for Final Order of Forfeiture. (Doc. 30). Having reviewed this Motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C. § 881(a)(6).[1]

2. A preliminary order of forfeiture was entered on September 9, 2024. (Doc. 26.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1).

---

[1] The Indictment, (Doc. 1), appears to provide incorrect statutory citation to 21 U.S.C. §§ 881(a)(7) and (11) instead of (6), which did not prejudice Defendant Lundy. *See* Fed. R. Crim. P. 7(c)(2). If Lundy disagrees, she has fourteen days to file an objection.

1

(Doc. 29.)

    4.    It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C. § 881(a)(6).

Accordingly, IT IS ORDERED that:

1. The Motion for Final Order of Forfeiture, (Doc. 30), is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C. § 881(a)(6), free from the claims of any other party, the following property: $21,019 in U.S. Currency.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 16th day of December, 2024.

                                Donald W. Molloy, District Judge
                                United States District Court